**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Johnny Lee WESLEY, Defendant—Appellant.**

No. 04–7723.

United States Court of Appeals, Fourth Circuit.

Submitted March 10, 2005.

Decided March 14, 2005.

Johnny Lee Wesley, Appellant pro se. James L. Trump, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Lee Wesley seeks to appeal the district court's order denying his Fed. R.Civ.P. 60(b) motion to reconsider in his underlying 28 U.S.C. § 2255 (2000) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In actions where the United States is a party, parties are accorded sixty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's judgment was entered on the docket on December 11, 2003. The notice of appeal was filed on October 12, 2004.* Because Wesley failed to file a

---

* This date gives Wesley the benefit of *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101

timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*